# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEROTEL LTD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> T-MOBILE USA INC., <br><br> Defendant. | JUDGMENT IN A CIVIL CASE <br><br> CASE NO. C07-1957JLR |

☐ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The court granted the parties' stipulated motion for entry of summary judgment of non-infringement and stipulated dismissal without prejudice of T-Mobile's counterclaims.

Dated this 26th day of January, 2010.

                                        BRUCE RIFKIN
                                                   Clerk

                                        s/Mary Duett
                                        Deputy Clerk