HONORABLE JAMES L. ROBART



07-CV-01957-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AEROTEL, LTD., AEROTEL U.S.A., INC., and AEROTEL U.S.A., LLC,

Plaintiffs/Appellants,

v.

T-MOBILE USA, INC.,

Defendant/Appellee.

Case No.: 07-1957 JLR

[~~PROPOSED~~] ORDER GRANTING IN PART AND DENYING IN PART T-MOBILE'S MOTION TO DECLARE THIS AN EXCEPTIONAL CASE AND FOR ATTORNEYS' FEES

THIS MATTER came before the Court for oral argument on April 11, 2011. The Court has reviewed T-Mobile's Motion to Declare this an Exceptional Case and for Attorneys' Fees, Aerotel's response and T-Mobile's reply, and the pleadings and files of record.

For the reasons stated on the record on April 11, 2011,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Defendant's Motion to Declare this an Exceptional Case and for Attorneys' Fees is GRANTED IN PART AND DENIED IN PART.

T-Mobile is the prevailing party in this case.

The Court DENIES T-Mobile's request for an order finding this matter to be an exceptional case within the meaning of 35 U.S.C. § 285.

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART T-MOBILE'S MOTION TO DECLARE THIS AN EXCEPTIONAL CASE AND FOR ATTORNEYS' FEES - 07-1957 JLR

46792-007 \ 07-1957 Proposed Order.doc                -1-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1     The Court DENIES T-Mobile's request for attorneys' fees.

2     The Court GRANTS T-Mobile's request for costs and expenses, and awards such costs

3 and expenses in the amount of $ 15,180.84 .

5     DATED this 17th day of April, 2011.

_____
JUDGE JAMES L. ROBART

9 Presented by:

10 STOKES LAWRENCE, P.S.

12 By: s/ Shannon M. Jost
    Shannon M. Jost (WSBA #32511)
13     Scott A.W. Johnson (WSBA #15543)

14 Attorneys for Defendant/Appellee T-Mobile USA, Inc.

---

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART T-MOBILE'S MOTION TO DECLARE THIS AN EXCEPTIONAL CASE AND FOR ATTORNEYS' FEES - 07-1957 JLR

46792-007 \ 07-1957 Proposed Order.doc     -2-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000